NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICOLE RENEE CROSBY,**

*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**

*Respondent*

---

2026-1344

---

Appeal from the Social Security Administration.

---

**ON MOTION**

---

Before DYK, REYNA, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The Social Security Administration ("SSA") moves to dismiss for lack of jurisdiction. Nicole Renee Crosby has not filed a response to the motion but has filed an informal opening brief.

This is a court of limited jurisdiction that does not include authority to hear appeals from SSA decisions. *See* 28 U.S.C. § 1295. Rather than dismiss, we will transfer to the

2                                                    CROSBY v. SSA

United States District Court for the District of Idaho.  *See* 28 U.S.C. § 1631; 42 U.S.C. § 405(g).

Accordingly,

IT IS ORDERED THAT:

(1)  ECF No. 1-2 remains sealed.

(2)  The SSA's motion is granted to the extent that this matter is transferred to the United States District Court for the District of Idaho.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 20, 2026
Date